**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-2016

EDWARD L. DUTTON,

           Plaintiff - Appellant,

      v.

MONTGOMERY COUNTY MARYLAND; SAM HSU, Captain; MARCUS
WESTOVER; D. SUGURE, Officer; JENNIFER POWELL, Officer;
MARCUS JONES, Lieutenant; JOY TURNER,

           Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:08-cv-03504-DKC)

Submitted:  February 25, 2010          Decided:  March 2, 2010

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward L. Dutton, Appellant Pro Se.  Patricia Prestigiacomo Via,
Chief, Edward Barry Lattner, COUNTY ATTORNEY'S OFFICE,
Rockville, Maryland; Danielle E. Marone, Jo Anna Schmidt,
SCHMIDT, DAILEY & O'NEILL, LLC, Baltimore, Maryland; James F.
Shalleck, Montgomery, Maryland; Lindsay Nichole Warnes,
Rockville, Maryland; Jessica Lynn Ellsworth, Steven Paul
Hollman, HOGAN & HARSON, LLP, Washington, DC, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward L. Dutton appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Dutton v. Montgomery County Maryland</u>, No. 8:08-cv-03504-DKC (D. Md. Aug. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2